IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BELMONT PARTNERS, LLC,<br>                             *Plaintiff,*<br><br>            v.<br><br>CHINA YIBAI UNITED GUARANTEE<br>INTERNATIONAL HOLDING, INC.,<br>                             *Defendant.* | CASE NO. 3:10-cv-00020<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

      Plaintiff Belmont Partners, LLC brought this suit for breach of contract against Defendant China YiBai United Guarantee International Holding, Inc., seeking compensatory damages. The issue of damages was tried to the Court without a jury on January 18, 2011.

      The Court's findings of fact and conclusions of law are set forth in the accompanying Memorandum Opinion. It is the judgment of the Court that Plaintiff shall receive no compensatory damages and shall receive nominal damages in the amount of $1.00.

      The Clerk of the Court is hereby directed to strike this case from the Court's active docket. The Clerk is further directed to send a certified copy of this Order to all counsel of record.

      It is so ORDERED.

      Entered this   16th   day of February, 2011.

                                                                NORMAN K. MOON
                                                                 UNITED STATES DISTRICT JUDGE